IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Walter Relf, | CHAPTER 13 |
| Ethel Relf,. | CASE NO. 14-33268 |
| Debtor(s) | |

## RESPONSE TO MOTION TO AVOID LIEN

COMES NOW Republic Finance, LLC., a creditor in the above case and objects to the Motion to Avoid the Lien previously filed by the Debtor, and requests a hearing be set in this matter to address this issue.

/s/Richard C. Dean, Jr.
Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama 36101-1028
334-264-2896
PJH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| | | |
|---|---|---|
| Walter Relf | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
| Ethel Relf | 566. S Perry Street | P.O. Box 173 |
| 5307 Rolind Drive | Montgomery, AL 36104 | Montgomery, AL 36101 |
| Montgomery, AL 36108 | | |

/s/ Richard C. Dean, Jr.
OF COUNSEL