IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>WALTER RELF<br>SSN: XXX-XX-4352<br><br>ETHEL RELF<br>SSN: XXX-XX-3167<br><br>Debtor(s) | Case No. 14-33268-DHW<br>Chapter 13 |

TRUSTEE'S NOTICE OF WITHDRAWAL OF
TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN AT DOC 37

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby gives notice of withdrawal of the TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN AT DOC 37 previously filed in this case.

Respectfully submitted Thursday, March 12, 2015.

Curtis C. Reding, Jr.
Standing Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

By: /s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Staff Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN AT DOC 37 has been served on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Thursday, March 12, 2015.

copy to: Debtor(s)
Debtor(s) Attorney
All Creditors

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Staff Attorney