# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE |
| | NO. 14-33268-DHW |
| WALTER RELF, | |
| XXX-XX-4352 | |
| | |
| ETHEL RELF, | |
| XXX-XX-3167 | |
| | |
| **Debtors.** | |

## TRUSTEE'S MOTION TO SET ASIDE
## ORDER CONFIRMING CHAPTER 13 PLAN

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, by and through the undersigned, and moves this Honorable Court to set aside the Order confirming plan as the summary of confirmed chapter 13 plan was filed in error and has now been withdrawn.

WHEREFORE, the above premises considered, Trustee respectfully requests this Honorable Court to set aside the previous order confirming plan issued March 12, 2015 (Doc #38) and put this case back on the docket for confirmation hearing on March 16, 2015.

Respectfully submitted this 12th day of March 2015.

                                                                    Curtis C. Reding
                                                                     Standing Chapter 13 Trustee

By:   /s/   Sabrina L. McKinney
        Sabrina L. McKinney
        Staff Attorney

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing TRUSTEE'S MOTION TO SET ASIDE ORDER CONFIRMING CHAPTER 13 PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 12th day of March 2015.

                                                           /s/   Sabrina L. McKinney
                                                           Sabrina L. McKinney

Debtor
Debtor's Attorney *(electronic filing)*
Teresa Jacobs, Bankruptcy Administrator *(electronic filing)*
All Creditors