UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Walter Relf and Ethel Relf

    Debtors

Case No. 14−33268  
Chapter 13

### ORDER

Order Rescheduling Confirmation Hearing. The debtor(s) or attorney for the debtor(s)shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule. Entered On 3/16/2015(RE: related document(s)9 Auto Assign Meeting of Creditors−Ch 13). Confirmation hearing to be held on 4/6/2015 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Dated: March 16, 2015

/s/ Dwight H. Williams Jr.  
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                    Case No. 14-33268-DHW
Walter Relf                                               Chapter 13
Ethel Relf
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1127-2       User: jmclain        Page 1 of 1       Date Rcvd: Mar 16, 2015
                           Form ID: eorder      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2015.
db/jdb          +Walter Relf,   Ethel Relf,   5307 Rolind Dr,   Montgomery, AL 36108-5425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Daniel A Ross    on behalf of Creditor    Nationstar Mortgage, LLC. danielr@w-legal.com,
               advnotices@w-legal.com
              Joshua C. Milam    on behalf of Debtor Walter  Relf jmilam@smclegal.com, smclegalecf@gmail.com
              Joshua C. Milam    on behalf of Joint Debtor Ethel  Relf jmilam@smclegal.com,
               smclegalecf@gmail.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               cwilson@deanlawfirm.org;phryniw@deanlawfirm.org
                                                                                             TOTAL: 6