## UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re　　　　　　　　　　　　　　　　　　　　　　Case No. 14–33268
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Walter Relf and Ethel Relf

　　　Debtors

## ORDER

This case is before the court on the following matter:

**59** – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Joshua C. Milam on behalf of Ethel Relf, Walter Relf. Responses due by 06/3/2016. (Attachments: # 1 Amended Plan) (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 6th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　*Dwight A. Williams, Jr.*
　　　　　　　　　　　　　　　　　　　　　Dwight H. Williams Jr.
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                      Case No. 14-33268-DHW
Walter Relf                                                 Chapter 13
Ethel Relf
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 1127-2      User: jmclain         Page 1 of 1        Date Rcvd: Jun 06, 2016
                          Form ID: ogr9007      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
db/jdb         +Walter Relf,    Ethel Relf,    5307 Rolind Dr,    Montgomery, AL 36108-5425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor   Merchants Adjustment Service
               bkrp@parnellcrum.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Daniel A Ross    on behalf of Creditor    Nationstar Mortgage, LLC. danielr@w-legal.com,
               advnotices@w-legal.com
              Helen D. Ball    on behalf of Creditor    Nationstar Mortgage, LLC. ncbkmail@shapiro-ingle.com
              Joshua C. Milam    on behalf of Joint Debtor Ethel  Relf jmilam@smclegal.com,
               smclegalecf@gmail.com
              Joshua C. Milam    on behalf of Debtor Walter  Relf jmilam@smclegal.com,   smclegalecf@gmail.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               pabbott@deanlawfirm.org;jwilson@deanlawfirm.org
              William P Harris    on behalf of Creditor    Nationstar Mortgage, LLC. wharris@logs.com
                                                                                             TOTAL: 9